LYNN BOAK, ESQ.
P.O. Box 20912
Cheyenne, WY 82003
(307) 634-6713
E-mail: lynnboaklaw@millect.com

ELIAS AOUN, ESQ. (*Pro Hac Vice* Pending)
1730 N. Lynn St., # A-22
Arlington, VA 22209-2004
Telephone: (202) 257-7796
E-mail: eliaoun@yahoo.com

Attorneys for Plaintiff

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL - 1 2008

Stephan Harris, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF WYOMING

| | |
|---|---|
| MARILYN WALLACE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | Civil No. 2:08-CV-156-CAB |

**MOTION FOR ADMITTANCE *PRO HAC VICE***

The undersigned attorney, Lynn Boak, one of the attorneys for Plaintiff, submits this Motion for Admittance *Pro Hac Vice* and hereby moves this Court, pursuant to U.S.D.C.L.R. 83.12.2(e), for an order admitting Elias Aoun, a solo practitioner attorney licensed in the District of Columbia, to appear and participate as attorney for Plaintiff in the above-captioned action.

In support of this motion, counsel submits the original Declaration of Mr. Aoun, executed on June 28, 2008, which reflects that he is admitted to practice before the District of Columbia Bar and the U.S. District Court for the District of Columbia.

The address and phone number for Elias Aoun are as follows:

ELIAS AOUN, ESQ.
1730 N. Lynn St., # A-22
Arlington, VA 22209-2004
Telephone: (202) 257-7796
E-mail: eliaoun@yahoo.com

The undersigned attorney is a member in good standing of the Bar of the State of Wyoming and the Bar of the federal District Court of Wyoming, is fully prepared to represent the Plaintiff at any time in any capacity, and vouches for the good moral character and veracity of Elias Aoun.

WHEREFORE, the undersigned requests that this Motion for Admission *Pro Hac Vice* be granted. A proposed order is also filed herewith.

DATED this 30th day of June, 2008.

Respectfully submitted,

*/s/ Ethryn "Lynn" AB Boak*
LYNN BOAK, Esq.
Attorney Number 5-2102
P.O. Box 20912
Cheyenne, Wyoming
(307) 634-6713

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing **Motion for Admittance *Pro Hac Vice*,** along with the attached **Declaration of Elias Aoun,** in support thereof and the attached **Proposed Order** have been served upon the following by electronic filing and U.S. mail – postage prepaid on June 30th, 2008:


KELLY H. RANKIN
United States Attorney
CAROL A. STATKUS
Assistant United States Attorney
2120 Capitol Avenue, Room 402
Cheyenne, Wyoming 82001

ADAIR F. BOROUGHS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044

Attorneys for the United States


_____
LYNN BOAK

LYNN BOAK, ESQ.
P.O. Box 20912
Cheyenne, WY 82003
(307) 634-6713
E-mail: lynnboaklaw@millect.com

ELIAS AOUN, ESQ. (*Pro Hac Vice* Pending)
1730 N. Lynn St., # A-22
Arlington, VA 22209-2004
Telephone: (202) 257-7796
E-mail: eliaoun@yahoo.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF WYOMING

| | |
|---|---|
| MARILYN WALLACE, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 2:08-CV-156-CAB |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## DECLARATION OF ELIAS AOUN IN SUPPORT OF

## MOTION FOR ADMITTANCE PRO HAC VICE

Comes now Elias Aoun, and declares as follows:

1. I am a solo practitioner attorney, Elias Aoun, 1730 N. Lynn St., # A-22, Arlington, VA 22209-2004, Telephone (202) 257-7796.

2. I have been retained by Plaintiff to represent her in the above-captioned action.

3. I graduated from St. Mary's University School of Law in 1999.

4. I am licensed to practice in the District of Columbia Court of Appeals having been admitted on September 13, 2002. I am also licensed to practice with the U.S. District Court for the District of Columbia having been admitted on October 1, 2007.

5. I am not admitted to practice in the State of Wyoming.

6. I am in good standing in all jurisdictions where I have been admitted to practice and no disciplinary or grievance proceedings have been filed or are pending against me.

7. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming; I submit and am subject to disciplinary jurisdiction of the Court for alleged misconduct arising in the course of preparation and representation in the proceedings.

8. I acknowledge that local counsel is required to be fully prepared to represent the client at any time, in any capacity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of June, 2008.

                                             /s/ Elias Aoun
                                             ELIAS AOUN, ESQ.
                                             1730 N. Lynn St., # A-22
                                             Arlington, VA 22209-2004
                                             Telephone: (202) 257-7796