FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 13 2009

Stephan Harris, Clerk
Cheyenne

LYNN BOAK, ESQ.
2481 County Road 218
Cheyenne, WY 82009
(307) 634-6713
E-mail: lynnboaklaw@millect.com

ELIAS AOUN, ESQ.
1730 N. Lynn St., # A-22
Arlington, VA 22209-2004
Telephone: (202) 257-7796
E-mail: eliaoun@yahoo.com

Attorneys for the Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MARILYN WALLACE, | |
| Plaintiff, | |
| v. | CIVIL NO: 2:08-cv-00156-CAB |
| UNITED SATES OF AMERICA, | **MOTION TO WITHDRAW AS LOCAL COUNSEL** |
| Defendant. | |

Lynn Boak, local counsel for the above-captioned Plaintiff, herein moves for an order permitting her to withdraw as local counsel and for reasons, avers and states as follows:

1. Wyoming attorney John Frentheway has entered his appearance as local counsel in the above-captioned matter;

2. The Plaintiff has consented to permit Lynn Boak to withdraw as local counsel. Her consent is attached hereto.

DATED this 12th day of January, 2009.

*Ethelyn AB Boak*
Ethelyn "Lynn" Boak, WSB# 5-2102
P.O. Box 20912
Cheyenne, Wyoming 82003
307-634-6713
lynnboaklaw@millect.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing Motion to Withdraw as Local Counsel has been served upon the following by electronic filing on or about January 12, 2009:

KELLY H. RANKIN
United States Attorney
CAROL A. STATKUS
Assistant United States Attorney
2120 Capitol Avenue, Room 4002
Cheyenne, Wyoming 82001

ADAIR F. BOROUGHS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044

Attorneys for the United States

*Ethelyn AB Boak*