P.O. Box 733
Buffalo, Wyoming [82834]
December 4, 2008


Lynn Boak, Esq.
P.O. Box 20912
Cheyenne, Wyoming [82003]

Dear Ms. Boak:

   Regarding Civil Case No. 2:08-CV-156-CAB:

   You have my permission to remove yourself from this case. Attorney John Frentheway has my approval for taking your place on said case.

               Sincerely,

               *Marilyn Joyce Wallace*
               Marilyn Joyce Wallace