John E. Frentheway, Esq.
P.O. Box 181
Cheyenne, WY 82003
(307) 632-2979
E-mail: JNFrentheway@Juno.com

Elias Aoun, Esq. (*Pro Hac Vice*)
1730 N. Lynn St., # A-22
Arlington, VA 22209-2004
Telephone: (202) 257-7796
E-mail: eliaoun@yahoo.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF WYOMING**

| | |
|---|---|
| Marilyn J. Wallace,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Civil No. 2:08-CV-156-CAB<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR RECONSIDERATION**

1.  Plaintiff hereby files this motion to reconsider the Court's Order of April 8, 2009, granting Defendant's motion for summary judgment solely based on the statute of limitations.

2.  There is sufficient evidence to support Plaintiff's position that the Statute of Limitations does not bar the filing of her complaint. Plaintiff also believes that the Court did not evaluate all the

    arguments in "all the documents presented" by Plaintiff on the statute of limitations issue.

3. A memorandum and a proposed order accompany this motion.

DATED this 28th day of April, 2009.

Respectfully submitted,

__/s/Elias Aoun_____
Elias Aoun, Esq. Bar Number 479315
2531 Trellis Green
Cary, NC 27518
E-mail: Lawyer2008@yahoo.com
Cell Phone: (202) 257-7796

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing, along with the attached exhibits have been served upon the following by electronic filing on April 28th, 2009:

KELLY H. RANKIN
United States Attorney
CAROL A. STATKUS
Assistant United States Attorney
2120 Capitol Avenue, Room 4002
Cheyenne, Wyoming 82001

ADAIR F. BOROUGHS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044

Attorneys for the United States


____/s/ Elias Aoun___
Elias Aoun, ESQ.